|  |
|---|
| Hearing set for 9:00 AM |
| Hearing started at 9:30 AM |
| Hearing ended at 9:47 am |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE FRANCISCO A. BESOSA, SENIOR U.S. DISTRICT JUDGE**

| | |
|---|---|
| COURTROOM DEPUTY: Migdalia García-Cosme | Date: December 13, 2024 |
| Court Reporter: Tracy Binder | Case No. 23-cr-00063 (FAB) |
| Court Interpreters: Elle Dowd and Edna Brayfield | |

<u>Attorneys:</u>

UNITED STATES OF AMERICA           AUSA César E. Rivera-Díaz
                                   AUSA Julian N. Radzinschi

v.

DIEGO FERNANDEZ-SANTOS (1)         AFPD Samuel P. Carrión
                                   AFPD Iván Santos-Castaldo
                                   AFPD Robert Fitzgerald

**CASE CALLED FOR A FIFTH DAY OF JURY TRIAL.**

Defendant Fernández-Santos was present, under custody and assisted by a certified court interpreter.

The Jury Trial resumed at 9:30 a.m. Without the presence of the jury, the Court discussed with the parties the latest motions filed in the docket, addressing the issue of the incorrect extractions admitted as exhibit 27. Although the Court understood that it was an honest mistake, it had a real concern as to the Government's intentions expressed in its motion would be prejudicial to the defense.

Both parties were heard. AFPD Carrión requested the Court to dismiss the case with prejudice, or in the alternative, to submit the case for the jury to decide. AUSA Radzinschi insisted that there's no prejudice in the case and requested to proceed with closing arguments and submit the case to the jury. Having heard the parties, the Court dismissed the case with prejudice.

The jury entered to the courtroom at 9:41 a.m. The Court thanked the jury for their service, explained to them that they no longer need to deliberate and then they were excused.

Defendant Fernández-Santos shall remain detained as ordered by Magistrate Judge Giselle López-Soler in case No. 14-cr-00225 (FAB) pending **final revocation hearing, which will be held on January 14, 2025 at 9:00 AM in Courtroom 4, 3rd floor, Old San Juan, Puerto Rico.**

*S/ Migdalia García-Cosme*
Courtroom Deputy Clerk