**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Diego Fernandez-Santos (1) | CASE NO. 3:23-cr-00063-FAB<br><br>USM # 32454-069 |

### JUDGMENT OF DISMISSAL

Defendant  Diego Fernandez-Santos (1)  has been charged with the offense(s) of:

Count One: Title 18 U.S.C. §§922(g)(1) and 924(a)(8): Prohibited Person in Possession of Firearms and Ammunition, Felon; and
Count Two: Title 18 U.S.C. §§922(o) and 924(a)(2): Possession of a Machinegun

It is hereby ORDERED and ADJUDGED that the case against this defendant be DISMISSED for the reason set forth below:

☐ The Court has granted the motion of the government for dismissal without prejudice,          , pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

☑ The Court has dismissed the charges with prejudice.

☐ The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

☐ The Court has dismissed the charges due to defendant's death.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on December 13, 2024.

S/ Francisco A. Besosa
Senior United States District Judge

DPR Forms. Rev. Feb. 2016